THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANTHONY GRIFFIN, Reg. #19410-075**                                           **PLAINTIFF**

**v.**                    **Case No. 2:16-cv-00139-KGB**

**BUREAU OF PRISONS,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Anthony Griffin's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 24th day of January, 2020.

                                                            Kristine G. Baker
                                                            United States District Judge